**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

RUBEN O. ESCOBAR,

    Defendant/Petitioner,

v.                                                                                          CASE NO:  8:02-CR-228-T-30EAJ

UNITED STATES OF AMERICA,

    Plaintiff(s)/Respondent(s).
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Defendant/Petitioner's Motion for Leave to File Petitioner's Brief and Arguments Out of Time and an Order That Petitioner Should Be Provided with Pre-Trial, Trial and Sentencing Transcript Without Cost (Dkt. #279) to issue an order for transcripts pursuant to 28 U.S.C. § 732(b), Federal Rules of Civil Procedure Rule 44.  Defendant/Petitioner seeks the transcripts for preparation of a 28 U.S.C. § 2255 motion to vacate an allegedly illegal conviction or sentence.

The motion will be denied because Defendant/Petitioner can file the motion to vacate without a complete record of his/her case.  See Donovan v. Maine, 276 F.3d 87, 93 (1st Cir. 2002) (habeas corpus petition need not be pleaded with particularity, so citation to transcript unnecessary); Lloyd v. Van Natta, 296 F.3d 630 (7th Cir. 2001), cert. denied 123 S. Ct. (2003) (holding that the unavailability of a transcript does not preclude petitioner from commencing habeas corpus proceedings and does not warrant equitable tolling).

It is therefore ORDERED AND ADJUDGED that:

1. That Defendant/Petitioner's Motion for Leave to File Petitioner's Brief and Arguments Out of Time and an Order That Petitioner Should Be Provided with Pre-Trial, Trial and Sentencing Transcript Without Cost Defendant/Petitioner's motion (Dkt. #279) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2002\02-cr-228.deny transcripts.wpd*